IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORI BANKSTON, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-2189 |
| | § | |
| FINANCIAL ASSET MANAGEMENT | § | |
| SYSTEMS, INC., | § | |
|     Defendant. | § | |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised that a settlement has been reached between Plaintiff and Defendant, the Court dismisses this case without prejudice to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **June 22, 2009,** that the settlement could not be completely documented.

SIGNED at Houston, Texas, this **20th** day of **May, 2009.**

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2008\2189Conditional.wpd  090520.1243